## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MACAY AND | : | |
| CELEBRITY FOODS, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO.:  **10-CV-218** |
| | : | |
| V. | : | |
| | : | **JURY DEMAND** |
| WILLIAM F. DONOVAN, M.D. and | : | |
| SPINE PAIN MANAGEMENT, INC | : | |
| Defendant | : | |

### ORDER

AND NOW, this _____day of _____, 2010, pursuant to the motion to dismiss of Defendants, William F. Donovan, M.D. and Spine Pain Management, Inc. for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), and any responding papers it is hereby ORDERED and DECREED that said motion is granted and the Plaintiffs' Complaint is dismissed.

BY THE COURT:

_____
                                         J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| JAMES MACAY AND | : | |
| CELEBRITY FOODS, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO.:  **10-CV-218** |
| | : | |
| V. | : | |
| | : | **JURY DEMAND** |
| WILLIAM F. DONOVAN, M.D. and | : | |
| SPINE PAIN MANAGEMENT, INC | : | |
| Defendant | : | |

---

**ORDER**

AND NOW, this _____day of _____, 2010, pursuant to

the motion to dismiss of Defendants, William F. Donovan, M.D. and Spine Pain Management,

Inc. for improper venue granted pursuant to Fed. R. Civ. P. 12(b)(3), and any responding papers

it is hereby ORDERED and DECREED that said motion is granted and the Plaintiffs' Complaint

is dismissed.

BY THE COURT:

_____

J.

1

TERENCE P. RUF, JR, ESQUIRE
Pennsylvania Attorney Identification No.: 203070
Law Office of Terence P. Ruf, Jr.

| | |
|---|---|
| 37 West Gay Street | Attorney for Defendant |
| West Chester, PA 19380 | William F. Donovan, M.D. and |
| (484) 786-9203 | Spine Pain Management, Inc., |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES MACAY AND | : | |
| CELEBRITY FOODS, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO.:  **10-CV-218** |
| | : | |
| V. | : | |
| | : | **JURY DEMAND** |
| WILLIAM F. DONOVAN, M.D. and | : | |
| SPINE PAIN MANAGEMENT, INC | : | |
| Defendant | : | |

**MOTION OF DEFENDANTS, WILLIAM F. DONOVAN, M.D. AND SPINE PAIN MANAGEMENT, INC., TO DISMISS PLAINTIFFS, JAMES MACKAY AND CELEBRITY FOODS, INC., COMPLAINT FOR LACK OF PERSONAL JURISDICTION, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND IMPROPER VENUE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(3)**

Defendants William F. Donovan, M.D. and Spine Pain Management, Inc., by and through their undersigned counsel, respectfully move the Court to dismiss the Plaintiffs' Complaint pursuant to Fed.R.Civ. P. 12(b)(2) for lack of personal jurisdiction and 12(b)(3) for improper venue as follows and for reasons set forth more fully in the accompanying memorandum.

**WHEREFORE**, Defendants, William F. Donovan, M.D. and Spine Pain Management, Inc., respectfully requests this Honorable Court dismiss the Plaintiff' Complaint pursuant to Fed.

2

R. Civ. P. 12(b)(2) with prejudice.   Alternatively, this Court should dismiss the Plaintiffs' Complaint filing the lawsuit in an improper venue pursuant to Fed. R. Civ. P. 12(b)(3).

Proposed Orders are attached.

**LAW OFFICE OF TERENCE P. RUF, JR.**

Date:   April 19, 2010                    //s *Terence P. Ruf, Jr.*

**TERENCE P. RUF, JR., ESQUIRE**
**Attorney ID: 203070**

**CERTIFICATION OF SERVICE**

I, Terence P. Ruf, Jr., hereby certify that, on the 19th day of April, 2010, the foregoing Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and/or 12(b)(3) was served electronically to the following counsel and is available for viewing and downloading from the ECF system

*Counsel for the Plaintiff*
Mark S. Pearlstein
175 Strafford Avenue
Suite One
Wayne, PA 19087
mspearls@att.net

//s *Terence P. Ruf, Jr.*

_____

TERENCE P. RUF, JR. ESQUIRE

4