IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MACKAY and CELEBRITY FOODS, INC., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 10-218 |
| | : | |
| WILLIAM F. DONOVAN and SPINE PAIN MANAGEMENT, INC. | : | |
| Defendants. | : | |

# ORDER

**AND NOW,** this 14th day of October, 2010, upon review of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) and 12(b)(3) [Doc. No. 6 and 7] and Plaintiffs' response thereto [Doc. No. 14 and 15], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion is **DENIED.**

Upon review of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) [Doc. No. 8 and 9] and Plaintiffs' response thereto [Doc. No. 11 and 12], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and Counts I, II, III, V, and VIII are hereby **DISMISSED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE**