**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES MACKAY and CELEBRITY FOODS, INC.,** | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO. 10-218** |
| | : | |
| **WILLIAM F. DONOVAN and SPINE PAIN MANAGEMENT, INC.** | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

     **AND NOW,** this 1ˢᵗ day of July, 2011, upon review of Counter Defendant's Motion for Judgment on the Pleadings [Doc. No. 34], Counter Plaintiff's response, and Counter Defendant's reply, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.** Accordingly, the counterclaims are **DISMISSED** with prejudice.

     It is so **ORDERED.**

                        **BY THE COURT:**

                        **/s/ Cynthia M. Rufe**

                        _____

                        **CYNTHIA M. RUFE, J.**